# EXHIBIT 2

US007188978B2

(12) **United States Patent**
Sharrah et al.

(10) Patent No.: **US 7,188,978 B2**
(45) Date of Patent: **Mar. 13, 2007**

(54) **LIGHT MOUNTABLE ON A MOUNTING RAIL**

(75) Inventors: **Raymond L. Sharrah**, Collegeville Borough, PA (US); **John C. DiNenna**, Bridgeport, PA (US)

(73) Assignee: **Streamlight, Inc.**, Eagleville, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/268,787**

(22) Filed: **Nov. 8, 2005**

(65) **Prior Publication Data**

US 2006/0104064 A1    May 18, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/627,860, filed on Nov. 15, 2004.

(51) **Int. Cl.**
*F21V 21/00*    (2006.01)

(52) **U.S. Cl.** ...................... **362/396**; 42/146; 248/216.4

(58) **Field of Classification Search** .............. 362/396, 362/418, 438, 648, 439, 656, 404; 248/228.3, 248/228.5, 216.4, 230.3, 230.5, 316.6, 231.21, 248/231.41, 231.61
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,597,565 A | 5/1952 | Chandler et al. | |
| 2,601,613 A | 6/1952 | Jahncke | |
| 3,153,856 A | 10/1964 | Felix | |
| 3,488,488 A | 1/1970 | Crouch | |
| 3,513,581 A | 5/1970 | Slater | |
| 3,877,166 A | 4/1975 | Ward | |
| 4,580,362 A | 4/1986 | Stevens | |
| 4,697,226 A | 9/1987 | Verdin | |

| | | | |
|---|---|---|---|
| 4,856,218 A | 8/1989 | Reynolds, Jr. | |
| 5,180,220 A * | 1/1993 | Van Kalsbeek ............... | 362/98 |
| 5,400,540 A | 3/1995 | Solsinsky et al. | |
| 5,430,967 A | 7/1995 | Woodman, III et al. | |
| 5,584,137 A | 12/1996 | Teetzel | |
| 5,628,555 A | 5/1997 | Sharrah et al. | |
| 5,816,683 A | 10/1998 | Christiansen | |
| 5,913,669 A | 6/1999 | Hansen et al. | |
| 6,073,901 A * | 6/2000 | Richter .................... | 248/316.4 |

(Continued)

OTHER PUBLICATIONS

Streamlight, Inc., "Product Catalog," Jun. 2001, Front Cover, pp. 1, 8-11, 28-29, 32-33, Rear Cover.

(Continued)

*Primary Examiner*—Renee Luebke
*Assistant Examiner*—Julie A. Shallenberger
(74) *Attorney, Agent, or Firm*—Dann, Dorfman, Herrell and Skillman, P.C.; Clement A. Berard

(57) **ABSTRACT**

A mounting arrangement for a light or other object includes a clamping arrangement, or a keying arrangement, or both a clamping and a keying arrangement for mounting to different mounting rails having different keying features. The clamping arrangement includes a fixed clamp member and a movable clamp member that is movable towards and away from the fixed clamp member and is biased towards the fixed clamp member, so as to grip a mounting rail therebetween. The keying arrangement employs interchangeable keying members that may be disposed in a recess of the light or other object and that may have different keying features for use with mounting rails having corresponding keying features.

**59 Claims, 12 Drawing Sheets**



## US 7,188,978 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,115,952 | A | 9/2000 | Rigler |
| 6,185,854 | B1 | 2/2001 | Solinsky et al. |
| 6,276,088 | B1 | 8/2001 | Matthews |
| 6,378,237 | B1 | 4/2002 | Matthews |
| 6,574,901 | B1 | 6/2003 | Solinsky et al. |
| 6,612,714 | B1 | 9/2003 | Morre et al. |
| 2003/0007355 | A1 * | 1/2003 | Leen .......................... 362/287 |
| 2004/0068913 | A1 | 4/2004 | Solinsky et al. |
| 2004/0169119 | A1 * | 9/2004 | Crowell et al. .......... 248/316.4 |
| 2006/0083008 | A1 * | 4/2006 | Yu ............................. 362/396 |
| 2006/0083009 | A1 * | 4/2006 | Hsu ........................... 362/396 |

### OTHER PUBLICATIONS

Streamlight, Inc., "M2 Universal Tactical Light," Product Package, Date Unknown, 6 Pages.

Streamlight, Inc., "M2 Universal Tactical Light," Operator's Manual, Oct. 2003, 2 Pages.

Streamlight, Inc., "M-3 LED Tactical Navigation Light," Dated: 2002, Eagleville, PA, 2 Pages.

Streamlight, Inc., "M-6 Tactical Laser Illuminator," Dated 2003, Eagleville, PA, 2 Pages.

Streamlight, Inc., "Introducing The All-New MIL-SPEC X-Series—Trusted Tactical Lights Taken To The X-treme," Dated: Oct. 2003, Eagleville, PA, 2 Pages.

Streamlight, Inc. "L.A.M. Laser Aiming Module," Dated 2000, Eagleville, PA, 1 Page.

Streamlight, Inc., "Tactical Series Specifications," http://www.streamlight.com/tactical__specifications.htm, Printed Oct. 28, 2004, 3 Pages.

Streamlight, Inc., "Tactical Series Parts & Accessories," Specifications, http://www.streamlight.com/tactical_accessories.htm, Printed Oct. 28, 2004, 2 Pages.

Streamlight, Inc., Streamlight M-3 Led, Streamlight Products, http://www.streamlight.com/m3led_specs.htm, Printed Oct. 28, 2004, 1 Page.

Streamlight, Inc., Streamlight M-6, M-6 Tactical Laser Illuminator Specifications, http://www.streamlight.com/m6_ specifications.htm, Printed Oct. 28, 2004, 1 Page.

Streamlight, Inc., "Streamlight Laser Aiming Module (L.A.M.)," Streamlight Products, http://www.streamlight.com/lam_specs.htm, Printed Oct. 28, 2004, 2 Pages.

Streamlight, Inc., X-Series Specifications, http://www.streamlight.com/x-series_ specs.htm, Printed Oct. 28, 2004, 2 Pages.

First Samco, "Tactical Light Holder," First Samco Tactical Accessories for AR15 & M/16, http://www.firstsamco.com/catalog/productdetail.php?ID=4, Printed Nov. 4, 2004, 1 Page.

First Samco, "Images for Tactical Light Holder," First Samco Tactical Accessories for AR15 & M/16, http://www.firstsamco.com/catalog/moreimages.php?ID=4, Printed Nov. 4, 2004, 1 Page.

Insight Technology, Inc., M2 UTL Universal Tactical Light (with Photos), © 2004, http://www.insightlights.com/products/showProduct.asp?id=1, Printed Nov. 8, 2004, 4 Pages.

Insight Technology, Inc., "M3X Tactical Illuminator," © 2004, http://www.insightlights.com/products/showProduct.asp?id=6, Printed Oct. 28, 2004, 2 Pages.

Insight Technology, Inc., "M6 Tactical Illuminator (with Photos)," © 2004, http://www.insightlights.com/products/showProduct.asp?id=9, Printed Oct. 28, 2004, 4 Pages.

Insight Technology, Inc., "M6X Tactical Illuminator (with Photos)," © 2004 http://www.insightlights.com/products/showProduct.asp?id=11, Printed Oct. 28, 2004, 6 Pages.

Insight Technology, Inc., "XML X-treme Mini Light," © 2004, http://www.insightlights.com/products/showProduct.asp?id=2, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Laser Sights," Weapon mounted laser sights from SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/pgrfnbr/364/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Weapon Lights," Lights for weapons including handguns, shotguns, and rifles, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/pgrfnbr/211/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Handgun Weapon Lights" Handgun Tactical WeaponLights provided by Surefire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/91/sesent/00, Printed Oct. 28, 2004, 2 Pages.

SUREFIRE, "Products," X200 WeaponLight—X200 avalible from SureFire, © 2001-2004, http://www.surefire.com/maxexp/main.pl?pgm-co_disp&func-displ&strfnbr=6&prrfnbr=1110&..., Printed Oct. 28, 2004, 2 Pages.

SUREFIRE, "SureFire Integrated Shotgun WeaponLights," Shotgun WeaponLights provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/carfnbr/92/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Rifle, Carbin & SMG Light Systems," Rifle, Carbin & SMG WeaponLights Systems provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/93/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Rifle, Carbine & SMG Light Systems," Millennium Forends provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/265/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Rifle, Carbine & SMG Light Systems," Millennium Universal WeaponLights provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/267/sesent/00, Printed Oct. 28, 2004, 1 Page.

SURFIRE, "Rifle, Carbine & SMG Light Systems," Millennium Vertical Foregrip System provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/266/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Rifle, Carbine & SMG Light Systems," Classic Series WeaponLights provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/271/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Weapon Mounts," SureFire Weapon Mounts, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/pgrfnbr/378/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Prducts Weapon Mounts,"Picatinny forends provided by SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/carfnbr/312/sesent/00, Printed Oct. 28, 2004, 1 Page.

SUREFIRE, "Products Weapon Mounts,"S.I.R. System C (Selective Integrated Rail)—M61 available from SureFire, © 2001-2004, http://www.surefire.com/maxexp/main/co_disp/displ/prrfnbr/824/sesent/00, Printed Oct. 28, 2004, 1 Page.

* cited by examiner



FIGURE 1



FIGURE 2A



FIGURE 2B



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



SECTION 8-8

FIGURE 8



FIGURE 9
PRIOR ART



FIGURE 10



FIGURE 11

US 7,188,978 B2

1

# LIGHT MOUNTABLE ON A MOUNTING RAIL

This Application claims the benefit of the priority of U.S. Provisional Patent Application No. 60/627,860 filed Nov. 15, 2004.

The present invention relates to a mounting arrangement for a light or other object that is mountable.

Lights may be held in hand or may be mounted to an object. Lights may be mounted to various objects, such as tools or implements so that they provide light directed toward the work area of the working end of the tool or implement. Tools or implements of this sort typically have a mounting rail attached thereto, e.g., by the manufacturer, by a seller or by a user. One object to which lights may be mounted is a firearm, such as a handgun or pistol, a long gun or rifle, a shotgun, or another type of gun or weapon, any one or more of which are typically referred to as a gun. Gun mountable lights may be for illumination or for aiming, or both. Lights for illumination typically utilize a lamp such as an xenon-filled or a halogen-filled lamp or a high-powered light-emitting diode (LED) light source. Lights for aiming typically utilize a laser diode or other laser light source.

The arrangement for mounting such lights on a gun is, for the typical gun, similar to the arrangement for mounting a telescopic sight on a gun. A gun mount, also called a gun rail or a mounting rail, is typically provided in a convenient location that affords a forward-looking view for a light mounted thereon. Because a telescopic sight or other sight is typically mounted on the top or upper surface of the gun barrel, a separate mount is often provided on the side or underside (bottom) surface of the gun barrel, typically near to the muzzle end thereof.

Conventional gun-mountable lights typically have a plastic body having cleats that slide onto the gun mount and have a spring-loaded cross bar that snaps into a slot on the gun mount when the light is slid onto the gun rail to a desired position. The spring-loaded cross bar provides sufficient tension to secure the light on the gun rail when the gun is fired, and has protruding ends that can be manipulated for disengaging the cross bar so that the light can be removed, i.e. can be slid off of the gun rail. Such slide-on mounts typically do not provide a snug fit on the mounting rail, and so there is substantial play which introduces variation into the direction in which the mounted object points, and so such play is generally undesirable.

Different gun manufacturers provide gun rails that differ in shape and/or size and/or configuration, and some so that a conventional gun-mountable light can only properly mount on gun rails of particular guns or from particular manufacturers. As a result, a gun owner would have to have different lights for his guns from different manufacturers. In addition, slide-on type gun mounted objects can not mount without play and in a repeatable manner as is necessary for an aiming type of device.

In addition, many conventional gun mounts require a hand placement by a user when attaching or removing the gun-mountable object that may place the user's hand or part thereof in front of the muzzle, thereby placing the user in danger of injury should the firearm unintentionally discharge.

Accordingly, there is a need for a mounting arrangement and for a mountable light that may be mounted to mounts of differing size or shape or configuration. In addition, it would be desirable that a mounting arrangement be easily and quickly mountable and demountable, that its mounted loca-

2

tion be accurate and repeatable, and that mounting and demounting may be accomplished with safety.

To this end, a mounting arrangement may comprise a fixed clamp member and an opposing movable clamp member, and a clamping device for biasing and moving the movable clamp member.

According to another aspect, a mounting arrangement may comprise a first and second clamp members for clamping an object and a keying member having a keying feature that engages a keying feature of a mount.

Further, a light may comprise a light body including a light source and a mounting arrangement as set forth in either of the preceding paragraphs.

## BRIEF DESCRIPTION OF THE DRAWING

The detailed description of the preferred embodiment will be more easily and better understood when read in conjunction with the FIGURES of the Drawing which include:

FIG. 1 is an isometric view of an example embodiment of a mountable light as described herein;

FIG. 2 comprising FIGS. 2A and 2B are exploded isometric views of the example embodiment of a mountable light of FIG. 1;

FIG. 3 is a side view of the example embodiment of a mountable light of FIGS. 1, 2A and 2B;

FIG. 4 is a view of the example embodiment of a mountable light of FIGS. 1–3 showing the light producing end thereof;

FIG. 5 is a view of the example embodiment of a mountable light of FIGS. 1–4 showing the mounting arrangement thereof;

FIG. 6 is a sectional view of the example embodiment of a mountable light of FIGS. 1–5 taken at section 6—6 thereof;

FIG. 7 is a sectional view of the example embodiment of a mountable light of FIGS. 1–5 taken at section 7—7 thereof;

FIG. 8 is a sectional view of the example embodiment of a mountable light of FIGS. 1–5 taken at section 8—8 thereof;

FIG. 9 is an isometric view of an example prior art mounting rail to which the example embodiment of a mountable light of FIGS. 1–5 may be mounted;

FIG. 10 is an isometric view of an example electrical circuit board arrangement useful in connection with the example embodiment of a mountable light of FIGS. 1–5; and

FIG. 11 is an isometric view of an example electrical circuit board arrangement useful with the example embodiment of a mountable light of FIGS. 1–5.

In the Drawing, where an element or feature is shown in more than one drawing figure, the same alphanumeric designation may be used to designate such element or feature in each figure, and where a closely related or modified element is shown in a figure, the same alphanumerical designation primed or designated "a" or "b" or the like may be used to designate the modified element or feature. It is noted that, according to common practice, the various features of the drawing are not to scale, and the dimensions of the various features are arbitrarily expanded or reduced for clarity.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 is an isometric view and FIGS. 2A and 2B are exploded isometric views of an example embodiment of a mountable light 10 as described herein, and FIGS. 3–5 are

US 7,188,978 B2

3

4

other external views of light **10**. Light **10** will be described with reference to FIGS. **1**–**5** generally. Where a feature being described is not visible in one or more of FIGS. **1**–**5** or may be better seen in a particular FIGURE, reference may be made to the particular FIGURE.

Light **12** has a forward or head end **12** from which light is emitted when light **10** is activated and has a rearward or tail end **14** opposite head end **12**. Tail end **14** includes, e.g., various switches and controls **32**, **106**, for controlling operation of the light sources of light **10**. Light **10** further has a mounting face **16** whereat are the various arrangements for mounting light **10** to a mounting rail, e.g., a mounting rail **200** of a gun, an example of which is shown in and described in relation to FIG. **9**. The direction between head end **12** and tail end **14** of light **10** may be referred to herein as "longitudinal" and a direction perpendicular thereto as "transverse." Thus, light can be said to be emitted from head end **12** of light **10** in or along the longitudinal direction or axis.

Light body **40** of light **10** is the principal structural member thereof, providing various structural features, openings and recesses adapted for the various mechanisms and electrical components and circuits that may comprise light **10**.

Light **10** is mounted and secured to a mounting rail, e.g., a mounting rail **200** of a gun, by a clamping arrangement **50** and a keying arrangement **60** disposed on mounting face **16** of light body **40**. Specifically, a longitudinal fixed clamp member **52** extends outwardly from light body **40** to provide a surface **52**$a$ against which a side rail **206** of a mounting rail **200** may bear. Opposing fixed clamp member **52** is movable clamp member **54** which is movable toward and away from fixed clamp member **52**. Fixed clamp member **52** and movable clamp member **54** define a cavity or space **41** therebetween into which a mounting rail is placed for being engaged by clamp members **52**, **54**, e.g., by engaging respective faces **52**$a$, **54**$a$ thereof. Cavity **41** is sometimes referred to as a rail guide cavity.

Specifically, movable clamp member **54** moves transversely (indicated by a straight double-ended arrow) in recess or channel **43** of light body **40** responsive to rotation of clamp screw **56** (indicated by an arcuate double-ended arrow). Clamp screw **56** is disposed through hole **44** which is through fixed clamp **52** and through a hole **45** coaxial therewith which is through a boss on light body **40** to engage a threaded hole **55** in and through movable clamp member **54**. With a right hand thread, turning clamping screw **56** clockwise causes movable clamp member **54** to move transversely towards fixed clamp member **52**, e.g., for engaging and clamping a mounting rail therebetween. Turning clamping screw **56** counterclockwise causes movable clamp member **54** to move away from fixed clamp member **52**, e.g., to release a mounting rail therebetween. Clamping screw **56** may have a left hand thread, in which case the rotational directions would be reversed.

Wave spring **58** is disposed on the shank of clamp screw **56** and preferably is not attached either to screw **56** or to light body **40**. Spring **58** is free to move along the shank of screw **56** and in counterbore **44**$b$. Wave spring **58** biases movable clamp member **54** towards the clamping area so that light **10** may be "snapped" onto a mounting rail from the side, after which screw **56** may be tightened from the side of light **10**. The bias provided by spring **58** may be overcome by pressing on the head of screw **56** to move screw **56** towards light body **40** thereby to move movable clamp member **54** away from fixed clamp member **52**, thereby to aid in snapping light **10** onto a mounting rail.

To facilitate mounting light **10** in a snap-on, snap-off manner, fixed clamp member **52** may have a chamfer **52**$c$ along an edge thereof that contacts a mounting rail **200** for easing its movement with respect to a mounting rail **200**, or movable clamp member **54** may have a similar chamfer along an edge thereof, or both fixed clamp member **52** and movable clamp member **54** may have respective chamfers along respective edges.

Preferably, hole **44** is counterbored for receiving wave spring **58** which, in addition to biasing clamp member **52** towards clamp member **54**, tends to assist clamp screw **56** to resist turning without having to fully seat the head of screw **56** to the bottom of the counterbore of hole **44**, however, screw **56** may be fully seated if desired. Preferably, hole **44** is double counterbored in that a smaller-diameter deeper counterbore **44**$b$ of sufficient diameter for receiving wave spring **58** is provided, and a larger-diameter shallower counterbore **44**$a$ is of sufficient diameter for receiving the head of clamp screw **56**. The depth of smaller-diameter counterbore **44**$b$ beyond the depth of larger-diameter counterbore **44**$a$ is preferably greater than the fully compressed length of wave screw **58** so that the head of clamp screw **56** may be advanced into contact with the shoulder formed at the bottom of the larger-diameter counterbore **44**$a$ of hole **44**. Thus, clamp screw **56** may be advanced to a point whereat movable clamp member **54** is biased toward fixed clamp member **52** by wave spring **58** or clamp screw **56** may be advanced further to make hard contact between clamp screw **56** and both of clamp members **52**, **54**.

Optionally, but preferably, movable clamp member **54** may have one or more posts **54**$p$ extending therefrom in a direction towards light body **40** and fixed clamp member **52** for extending into one or more corresponding holes **45**$p$ in light body **40** for maintaining a desired alignment of clamp member **54** with respect to light body **40**. Posts **54**$p$ help maintain alignment of movable clamp member **54**, for example, when movable clamp member **54** moves transversely toward or away from fixed clamp member **52** when clamp screw **56** is pressed or released, or when clamp screw **56** is rotated.

The arrangement of light **10** as illustrated in FIG. **1** has clamp screw **56** on the right side (e.g., as would be viewed by a user pointing the light away from himself) when the light is in a "clamp up" orientation, as would be convenient for attaching light **10** to a mounting rail on the underside of a weapon using the right hand. Light **10** may have a "mirror" or reversed arrangement of clamping arrangement **50** with respect to light body **40** wherein fixed clamp member **52** and clamp screw **56** are on the left side (opposite to that illustrated) so as to be convenient for attachment to an underside mounting rail with the left hand. In such mirror arrangement of clamp **50**, clamp members **52**, **54**, and clamp screw **56**, are on the opposite sides of light body **40** to that illustrated. Both arrangements of light **10** are desirable, because light **10** may be mounted to the underside or to the top side of an object, and because any given light **10** may be utilized with either the right hand or the left hand, depending upon the user and the circumstance.

As a result of this arrangement, light **10** may be tightly and accurately mounted to a mounting rail in a known, fixed and repeatable position, as is important, e.g., where light **10** is or includes an aiming light, such as a laser **110**. In addition, where clamping screw **56** is not fully advanced and so movable clamp **54** is held against mounting rail **200** by the force of compressed wave spring **58**, movable clamp member **54** may move outward sufficiently to release light **10** from mounting rail **200**, thereby allowing for an easy

US 7,188,978 B2

5

6

snap-on snap-off mounting and demounting of light **10**. In a preferable embodiment of clamp screw **56**, the head thereof includes a slot suitable for receiving a coin or a screwdriver for tightening and loosening screw **56**, as well a two raised projections to facilitate finger tightening and loosening.

Having clamp screw **56** (or a suitable fixed alternative) adjusted to an appropriate position will allow light **10** to be mounted and demounted using the snap-on and snap-off action afforded by movable clamp member **54** moving against the bias of spring **58**, without having to adjust clamp screw **56** unless a tighter mounting is desired. The clamping action of clamp arrangement **50** when snapped onto a gun mounting rail has been found satisfactory in aiming and firing tests of certain guns, although tightening of clamp screw **56** for a more secure mounting may be desirable for high-powered weapons. Thus, a fixed pin or fixed screw may be utilized in place of screw **56** to provide a button pressable by the user for mounting and demounting light **10** as is now provided by the head of clamp screw **56**. Having lights **10** with clamps **50** both in non-mirror and mirror arrangements would allow ease of use for both topside and underside mounting, as well as for right-handed and left-handed users.

Mounting arrangement **50** allows a light **10** or another object utilizing mounting arrangement **50** to be mounted and demounted from a weapon (or a tool, implement or other object) from the side thereof, whether the light **10** or object is snapped on and off or whether clamp screw **56** is pressed as a button or is rotated. This is an advantageous safety feature because mounting and demounting can be accomplished with one hand and without the user having to place any part of his body in front of the muzzle of the weapon.

Clamping arrangement **50** is effective for securing light **10** with respect to both transverse and longitudinal movement. Additional resistance to longitudinal movement, e.g., as might result from an extreme mechanical disturbance or force, as in a discharge of a high-power firearm, may be provided. Keying arrangement **60** is provided for resisting longitudinal movement of light **10** along a mounting rail. Keying arrangement **60** includes a key member **62** removably disposed in a key recess **42** of light body **40**. Key member **62** preferably includes a body **63** of similar size and shape to key recess **42** so as to be receivable therein in a suitable position and with suitable tolerance. Key member **62** has a keying feature **64** extending from key body **63**, and keying feature **64** is of a size and shape, and in a position, for engaging a corresponding keying feature in the mounting rail to which light **10** will be mounted.

Because the mounting rails of various guns, tools and other objects to which light **10** may be mounted can have different configurations, key member **62** is selected to have a keying feature of corresponding size and shape and position to the keying feature of the mounting rail. Thus, a number of different key members **62** may be available so that light **10** may be mounted to mounting rails of different configurations. Key members **62** may be interchangeable and replaceable where the size and shape of keying body **63** and key recess **42** are predetermined and standardized, as is preferred. Such key members **62** may be made available individually or in sets, or both, and may be provided with a light or as an accessory or option.

Key member **62** is secured in key recess **42** by key screw **68** which is disposed through hole **46** of light body **40** and threaded into threaded hole **66** of key member **62**. Key member **62** is replaceable by removing key screw **68** and then removing key member **62** from key recess **42**, and a replacement key member **62** is installed by placing the key body **63** thereof in key recess **42**, inserting key screw **68**

through hole **46** and into threaded hole **66**, and tightening key screw **68**. Key screw **68** is preferably disposed transversely through light body **40** to engage key member **62**.

Because the position of key **62** with respect to light **10**, and specifically with respect to fixed clamp member **52** and movable clamp member **54**, is predetermined because the location of key recess **42** of light body **40** is predetermined, the position of key **64** is also predetermined when key member **62** is disposed in key recess **42**. Thus, a key member **62** may be particularly adapted for a particular mounting rail configuration by properly determining the length and width of key **64**, the height of key **64** above key member body **63**, and the position of key **64** on key member body **63**.

Because the dimensions and configurations of the various mounting rail configurations are known, key members **62** properly configured to engage each configuration of mounting rail may be provided. If light **10** is to be mounted, for example, to a mounting rail **200** (FIG. **9**) having a transverse slot or groove **208** therein, then a key member having a projecting generally rectangular transverse key **64** as illustrated is satisfactory. The particular shape of key **64** may be less important so long as the faces of key **64** that engage the keying feature of the mounting rail (e.g., parallel opposing faces of key **64** that engage the sides of a slot **208** in a mounting rail **200**) are of suitable size and spacing. For example, where a keying slot **208** extends the full width of a mounting rail **200**, a corresponding key **64** may be substantially shorter than the length of slot **208**. Key **64** may be rectangular, square, cylindrical, circular, or any other shape corresponding to the shape of the keying feature of a mounting rail, or at least the operative surfaces thereof.

As a result, light **10** may be tightly and accurrently mounted to a mounting rail in a known, fixed and repeatable position, both longitudinally and transversely, as is important, e.g., where light **10** is or includes an aiming light, such as a laser **110**, or a sight.

Head **20** of light **10** is at the head end **12** thereof and includes the various elements relating to providing the light beam emitted by light **10**. Referring to FIG. **8**, for example, head **20** includes a head body **22** and a face cap **24** threaded thereon. Lens **26** is held in face cap **24** and is cushioned by a resilient gasket **27** that absorbs shock, e.g., shock generated when a gun to which light **10** is mounted is fired.

Reflector **28** is threaded into head body **22** and provides shaping and focusing of the light produced by light source **360** when light source **360** is energized for producing light. Reflector **28** has an opening **29** at the rearward end thereof into which light source **360** extends. The threaded interface between reflector **28** and head body **22** may be sealed, e.g., by a seal or gasket, such as O-ring **25**, so as to resist entry of moisture and other undesirable substances. The interface between face cap **24** and lens **26** is similarly sealed by shock absorbing gasket **27**.

Cover **30** is at the rearward end **14** of light **10** and light body **40** and covers the open end of a battery compartment **49** of light body **40**. Cover **30** provides access to battery cavity or compartment **49** within light body **40** wherein are disposed batteries **149**, as may be seen in FIGS. **6**, **7** and **8**. Batteries **149** are for providing electrical energy for operating light source **360** and/or laser **110** of light **10**. Contacts that receive the positive and negative terminals of batteries **149** may include raised portions and recessed portions that allow batteries **149** to be connected only in the correct polarity.

Cover **30** is urged against light body **40** and held thereagainst by hinged latch **36** which is hinged on hinge pin **37** which passes through two opposing coaxial holes in body

US 7,188,978 B2

7                                                                          8

40. Latch 36 snaps onto and off of a ridge of cover 30 to respectively secure and release cover 30 from light body 40. Cover 30 is sealed by gasket 31 under compression from the action of latch 36 to resist, e.g., entry of moisture into the interior of light body 40.

In the example illustrated, cover 30 includes a switch actuator 32 that serves as an ON/OFF actuator for the light source of light 10. Switch actuator 32 has two paddles 34 that extend rearwardly against which a user may press to cause switch actuator 32 to rotate in the clockwise or counterclockwise direction about the longitudinal axis of light 10 for actuating and deactuating light 10. One of paddles 34 usually tends to be more convenient for a left handed user and the other for a right handed user, irrespective of the mounting orientation of light 10 on a gun. Actuator 32 is held in place by screw 33 about which it is rotatable, e.g., as may be seen in FIG. 8.

Laser housing 100 is disposed on light body 40 and is typically secured thereon by screws 102. Gasket 108 between housing 100 and body 40 provides resistance to entry of moisture and other undesirable substances. Laser cartridge 110 includes a laser source 112, a laser light tube 114 and a laser lens 116 therein for directing a beam of laser light longitudinally in the same direction as the light from head 20, as may be appreciated from FIG. 8. Laser cartridge 110 is held in laser housing 100 by collar 104 bearing against a rubber grommet 108. Mode selector switch 106 is disposed at the rear of laser housing 100 where the toggle handle thereof is convenient for operation by a user for selecting among various modes, e.g., a laser-only mode, a light-only illumination mode, a both laser and illuminating light mode, and a neither laser nor illuminating light mode, i.e. an OFF mode.

Because laser 110 is utilized as an aid to aiming of the firearm on which light 10 including laser 110 is mounted, alignment or bore-sighting of laser cartridge 112 relative to the line of fire of the firearm is desirable. To this end, aiming set screws 122, 124 are provided for respectively adjusting elevation and windage. The position of laser cartridge 110 in housing 100 may be adjusted by means of aiming adjustment screws 122, 124 for boresighting a firearm having light 10 mounted thereon by mounting arrangement 50.

Specifically, laser cartridge 110 is urged toward housing 100 by spring 120, e.g., generally upward and rightward as seen in the view of FIG. 6, and the bias provided by spring 120 may be counteracted by aiming adjusting screws 122, 124. Spring 120 may be a leaf spring 120 as illustrated, or may be a coil spring, a conical spring, or any other spring, as may be desired. The rearward end of laser cartridge is able to be moved by elevation adjustment screw 122 and by windage adjustment screw 124 because laser cartridge 110 is supported at its forward end by a resilient or rubber gasket 108 that engages a circular flange on housing 100 and is compressed between collar 104 and a shoulder on laser cartridge 110. Grommet 108 is resilient which allows laser cartridge to be moved relative to laser housing 100 in response to advancing and withdrawing elevation and windage adjustment screws 122, 124.

It is noted that laser housing 100 and laser cartridge 110 may be omitted, i.e., may be an optional feature, in which case a cover would replace laser housing 100 on light body 40. Head 20, cover 30, light body 40, and laser housing 100 may be of the same or of different materials, such as nylon, plastic or metal, such as an aircraft-grade aluminum, and the various screws, e.g.,screws 33, 56, 68, 102, may be of steel or other suitable material. Where body 40 and/or housing 100 are of nylon or plastic, metal inserts may be utilized in

the holes therein to increase the resistance of the various holes to stripping by the screws that are threaded therein. Lens 26 may be of a plastic, such as polycarbonate, or a glass. In a preferred example embodiment, light source 360 is a three-watt Luxeon light-emitting diode available from Lumileds Lighting LLC, located in San Jose, Calif., laser cartridge 110 may be a visible or infrared laser available from Sanyo Semiconductor Corporation, located in Allendale, N.J., and light 10 may be powered by lithium batteries 149.

FIG. 9 is an isometric view of an example prior art mounting rail 200 to which the example embodiment of a mountable light 10 of FIGS. 1–5 may be mounted. Other mounting rails of different configuration may be provided, and may be of different size and/or shape and/or mounting arrangement, although certain "standard" mounting rails, such as the so-called Piccatinny rail configuration, may have become somewhat of a "standard," although many mounting rails purported to conform to one "standard" or another differ in dimension and/or tolerance from the supposed "standard."

Example mounting rail 200 has a "top" surface 202 that is exposed when rail 200 is mounted to a gun, tool or other object, wherein the "bottom" surface 204 is against the gun, tool or other object. Surfaces 206 define opposing longitudinal sides of mounting rail 200 along which an object mounted thereon, such as a conventional light, may be slid on and off, e.g., in the longitudinal direction indicated by the double-ended arrow, or may be clamped over. The light 10 of the present arrangement can not slide onto rail 200 because keying member 60 thereof will interfere with rail 200 and prevent a sliding on. As a result, light 10 is mounted to rail 200 other than from the end thereof wherein a user's hand might be placed in front of the muzzle of a weapon, and so the keying feature 60 inherently provides a safety feature that leads a user to mount a light 10 from the side of mounting rail 200, e.g., so that keying feature 64 engages slot 208 of mounting rail 200.

Mounting rail 200 has a keying feature 208 to which the object mounted thereon keys or latches as it is slid onto or mounted on rail 200 so as to be held positively in place longitudinally. Keying feature 208 may typically be a slot 208. The object, e.g., a light, if of the slide-on type typically has a button or other release for disengaging from slot 208 for removal of the object from mounting rail 200.

Mounting rails 200 provided on different firearms, e.g., guns of different manufacturers and different types of guns of the same manufacturer, tend to be of different sizes and shapes, as do the rails 204 and keying features 208 thereof. Even mounting rails 200 purporting to conform to a particular standard mounting configuration may have significant dimensional and tolerance differences. In particular, keying features 208 of different mounting rails 200 may be of different size and different shape, and may be located at different locations on mounting rail 200. This results in the need for different lights and/or different mounting devices to mount on different guns and the like, as set forth in the introduction hereof, i.e. the problem addressed by the light described herein.

FIG. 10 is an isometric view of an example electrical circuit board arrangement 300 useful with the example embodiment of a mountable light 10 of FIGS. 1–5. Circuit board arrangement 300 includes a shaped portion 310 disposed in a first plane, an elongated portion 320 disposed in a second plane, a third portion 330 disposed in a plane approximately parallel to that of portion 310, a fourth portion 340 in a plane approximately parallel to that of

US 7,188,978 B2

9

portion **320**, and a fifth portion **350** disposed in a plane approximately parallel to that of portion **330**. Circuit portions **320** and **340** principally carry various electrical conductors **302** while portions **310**, **330** and **350** also support various electrical components and elements provided for the operation of light source **360** and laser **110**. Such circuit components and elements are soldered or otherwise connected to circuit structure **300**, as is known to those of skill in the art.

Circuit portion **310** has a periphery of predetermined shape, e.g., a "D" shape in the example illustrated, that corresponds to the shape of the mounting surface **48** of light body **40** against which it is disposed, thereby to be disposed in a predetermined position relative to light body **40** and head **20** mounted thereon. Light source **360**, e.g., a light-emitting diode (LED), is disposed generally centrally on circuit portion **310** in an opening **312** therethrough, so that the base of LED **360** may bear against or be attached to the mounting surface **48** of light body **40**, e.g., for the removal of heat from LED **360**. As may be seen in FIG. **8**, this arrangement positions LED **360** on mounting surface **48** of light body **40** generally centrally behind reflector **28** so LED **360** extends into reflector **28** through opening **29** therein and is substantially coaxial therewith for providing light that is focused and reflected by reflector **28**.

While LED **360** and reflector **28** are generally centrally located in the example illustrated, other locations and other predetermined peripheral shapes may be employed for mounting surface **48** and circuit portion **310**. Where LED **360** is a high-power LED, light body **40** is preferably of aluminum or other thermally conductive material, and LED **360** may be coupled to mounting surface **48** with a thermally conductive material, e.g., a thermally conductive grease or a thermally conductive epoxy. Various electrical components relating to operation of LED **360** may be mounted on circuit portion **360** as illustrated.

Circuit portion **310** typically has holes **314** therein for receiving electrical power selectively from batteries **149**, responsive to operation of switch **32**. Typically, conductive pins or wires or springs **316** extend forward from batteries **149** through openings in light body **40** to extend into holes **314** of circuit portion **310** of circuit structure **300** into which they are electrically and mechanically secured, such as by soldering. Wires or pins **316** may be generally straight, or may be bent, serpentine or looped so as to absorb some of the mechanical energy generated when a firearm to which light **10** is mounted is fired.

Circuit portion **330** has toggle switch **106** connected thereto. Toggle switch may be, e.g., a three-position switch for selecting among various modes of operation of light **10**. Among the possible modes are, e.g., only laser **110** operable, only light source **360** operable, and both laser **110** and light source **360** operable. Whether the selected mode is operating or not is controlled by ON/OFF switch **30** described herein. ON/OFF switch **30** may provide, e.g., for continuous operation in the selected mode, for momentary operation in the selected mode, and OFF.

Circuit portion **350** has laser **110**, which is typically a laser cartridge **110** including components for providing laser light, connected thereon. As best seen in FIG. **8**, laser cartridge **110** has a laser source **112**, a laser light tube **114** and a laser lens **116** therein for directing a beam of laser light longitudinally in the same direction as the light from head **20**.

Circuit structure **300** may be made in whole or in part of a flexible printed circuit board material, such as a polyimide. Where circuit portion **310** is utilized for properly positioning

10

LED **360**, portion **310** is preferably relatively less flexible or even relatively rigid, as may be provided by selection of a type of material therefor, e.g., an FR-4 or a glass epoxy material, or by selection of the thickness of the material, or by providing a stiffening member, typically having the predetermined peripheral shape of circuit portion **310**.

FIG. **11** is an isometric view of an example electrical circuit board arrangement **300'** useful with the example embodiment of a mountable light **10** of FIGS. **1–5**. Circuit board arrangement **300'** differs from arrangement **300** in that a separable electrical connector **370** is employed so that the portions **310**, **320***a* of circuit board arrangement **300'** may be separated from the portions **320***b*, **330**, **340**, **350** thereof. Separable connector **370** need provide only a few separable electrical connections, e.g., three, which may be provided by pin and socket pairs or by respective contact areas on ones of electrical conductors **302**.

Separable connector **370** may be located so that circuit structure **300'** is separable at a location along circuit portion **320** as illustrated, or at a location on circuit portion **330**, or at a location near the junction of circuit portions **320** and **330**, as may be convenient and desirable. As illustrated, separable connector **370** includes two halves, **372** and **374**, of which one is a plug and the other is a socket half. Each half may comprise a plastic body having one or more pins and/or sockets therein, wherein halves **372**, **374** comprise a conventional electrical connector structure.

For example, circuit portion **320** of circuit structure **300** may be separated into two portions **320***a* and **320***b* that overlap for providing separable connector **370**, wherein circuit portion **320***a* is associated with circuit portion **310** in light body **310** and circuit portion **320***b* is associated with circuit portions **330–350** in laser housing **100**. Because portions **320***a* and **320***b* overlap, they will overlap when housing **100** is mounted on light body **40** and ones of conductors **302** will come into physical contact when the portions **330–350** of circuit board arrangement **300'** that are disposed in laser housing **100** overlap and come into contact with the portions **310–320'** that are disposed in light body **40** when laser housing **100** is mounted to light body **40**. Thus, the physical contact of respective conductors **302** of circuit portions **320***a*, **320***b* cooperate to provide a separable connector **370**. Appropriate plating and support can be provided at least in the region of overlap so that the electrical connections between conductors **302** of portions **320***a* and **320***b* provided thereby are sufficiently reliable.

An advantage of this arrangement **300'** is that the laser housing **100** and its contents may be easily removed from light body **40** and easily mounted thereto by a user, thereby facilitating repair or upgrading from a light **10** that does not include a laser **110** by installing a laser housing **100** including a laser **110** thereon. Where a light **10** does not include a laser **110**, a cover in the place and shape of laser housing **100** or in another convenient shape is preferably mounted to light body **40** in place of laser housing **100**.

A light **10** mountable on a mounting rail **200** comprises a light body **40** containing a light source **360**, a source **149** of electrical energy and a switch **32**, **106** for selectively coupling the light source **360** and the source **149** of electrical energy in circuit for producing light. A mounting arrangement **50** on the light body **40** is for mounting the light body **40** on a mounting rail **200** comprises a fixed clamp member **52** on the light body **40**, a movable clamp member **54** opposing the fixed clamp member **52** and movable closer to and farther from the fixed clamp member **52**, and a clamping device **56**, **58** coupling the movable clamp member **54** and the fixed clamp member **52** for biasing the movable clamp

US 7,188,978 B2

11

member **54** toward the fixed clamp member **52** and for moving the movable clamp member **54** closer to and farther from the fixed clamp member **52**, whereby a mounting rail **200** may be clamped between the fixed clamp member **52** and the movable clamp member **54**.

A mounting arrangement **50** for mounting an object on a mounting rail **200** comprises a fixed clamp member **52** on the object, a movable clamp member **54** opposing the fixed clamp member **52** and movable closer to and farther from the fixed clamp member **52**, a clamping device **56**, **58** coupling the movable clamp member **54** and the fixed clamp member **52** for biasing the movable clamp member **54** toward the fixed clamp member **52** and for moving the movable clamp member **54** closer to and farther from the fixed clamp member **54**, whereby a mounting rail **200** may be clamped between the fixed clamp member **52** and the movable clamp member **54**.

A light **10** mountable on a mounting rail **200** comprises a light body **40** containing a light source **360**, a source **149** of electrical energy and a switch **32**, **106** for selectively coupling the light source **360** and the source **149** of electrical energy in circuit for producing light. A mounting arrangement **50** on the light body **40** is for mounting the light body **40** on a mounting rail **200** having a keying feature **208**. The mounting arrangement **50** comprises first and second clamp members **52**, **54** on the light body **40** movable closer together for clamping a mounting rail **200** and farther apart for releasing the mounting rail **200**, whereby a mounting rail **200** may be clamped between the first and second clamp members **52**, **54**. The light body **40** has a recess **42** located on the light body **40** between the first and second clamp members **52**, **54** and a keying member **60** removably disposed in the recess **42** of the light body **40**, the keying member **60** having a keying feature **64** that engages the keying feature **208** of the mounting rail **200** when the light body **40** is clamped to the mounting rail **200** by the first and second clamping members **52**, **54**.

A mounting arrangement **50**, **60** for mounting an object on a mounting rail **200** having a keying feature **208** comprises first and second clamp members **52**, **54** on the object movable closer together for clamping a mounting rail **200** and farther apart for releasing the mounting rail **200**, whereby a mounting rail **200** may be clamped between the first and second clamp members **52**, **54**. The object has a recess **42** located on the object between the first and second clamp members **52**, **54**, and a keying member **60** removably disposed in the recess **42** of the object, the keying member **60** having a keying feature **64** that engages the keying feature **208** of the mounting rail **200** when the object is clamped to the mounting rail **200** by the first and second clamping members **52**, **54**.

A light **10** mountable on a mounting rail **200** comprises a light body **40** containing a light source **360**, a source **149** of electrical energy and a switch **32** for selectively coupling the light source **360** and the source **149** of electrical energy in circuit for producing light. A mounting arrangement **50**, **60** on the light body **40** for mounting the light body **40** on a mounting rail **200** having a keying feature **208** comprises a fixed clamp member **52** on the light body **40**, a movable clamp member **54** opposing the fixed clamp member **52** and movable closer to and farther from the fixed clamp member **52**, a clamping device **56**, **58** coupling the movable clamp member **54** and the fixed clamp member **52** for moving the movable clamp member **54** closer to and farther from the fixed clamp member **52**, whereby a mounting rail **200** may be clamped between the fixed clamp member **52** and the movable clamp member **54**. The light body **40** has a recess

12

**42** located on the light body **40** between the fixed clamp member **52** and the movable clamp member **54**, and a keying member **60** removably disposed in the recess **42** of the light body **40**, the keying member **60** having a keying feature **64** that engages the keying feature **208** of the mounting rail **200** when the light body **40** is clamped to the mounting rail **200** by the fixed and movable clamping members **52**, **54**.

The light **10** is mountable on mounting rails **200** having keying features of different sizes and shapes, and wherein the keying member **60** is selected from a set of keying members **60** for having a keying feature **64** of a size and shape that corresponds to the size and shape of the keying feature **208** of the mounting rail **200**.

A light **10** comprises a light body **40** including a mounting surface **48** having a predetermined peripheral shape, a reflector **28** having an opening **29** adapted for receiving a light source **360** disposed proximate the mounting surface **48** of the light body **40**. An electrical circuit structure **300**, **300'** has at least a portion **310** thereof that has a peripheral shape corresponding to the predetermined peripheral shape of the mounting surface **48** that is disposed adjacent the mounting surface **48** between the mounting surface **48** and the reflector **28**, wherein the portion **310** of the electrical circuit structure has an opening **312** therethrough opposing the opening **29** of the reflector **28** and adapted for receiving a light source **360**. A light source **360** is disposed in the opening **312** of the electrical circuit structure **300**, **300'** and abutting the mounting surface **48** for producing light in response to electrical energy applied via the electrical circuit structure **300**, **300'**, wherein the light source **360** extends into the opening **29** of the reflector **28** for producing light therein.

In the light **10**, the reflector **28** has an optical axis extending through the opening **29** therein, the light source **360** has an optical axis about which light is produced, and the optical axes of the reflector **28** and of the light source **360** are substantially coaxial when the light source **360** is disposed in the opening **312** of the circuit structure **300**, **300'** abutting the mounting surface **48** and extending into the opening **29** of the reflector **28**.

An electrical circuit structure **300**, **300'** for a light **10** comprises at least first and second substantially planar circuit portions **310**–**350** disposed in different planes and having electrical conductors **302** thereon. The first planar circuit portion **310** has a peripheral shape corresponding to the shape of a planar mounting surface **48** adjacent to which it is adapted to be mounted, and has an opening **312** therein in a predetermined location relative to the peripheral shape thereof, wherein the opening **312** is adapted for receiving a light source **360**. A light source **360** is mounted in the opening **312** of the first planar circuit portion **310** for receiving electrical energy from the electrical conductors **316**, and a switch **32**, **106** is mounted to the second planar circuit portion **310**, **330** for selectively applying electrical energy to at least one of the electrical conductors **302** thereon for selectively energizing the light source **360**.

The electrical circuit structure **300**, **300'** further comprises at least a third substantially planar circuit portion **350** disposed in a third different plane and having electrical conductors **302** thereon, and a laser light source **110** mounted to the third planar circuit portion **350**, wherein the switch **106** is mounted to the second planar circuit portion **330** is for selectively applying electrical energy to at least one of the electrical conductors **302** thereon for selectively energizing the laser light source **110**.

The electrical circuit structure **300**, **300'** further comprises a separable electrical connector **370**, **372**, **374** interposed

US 7,188,978 B2

13

between the first and second portions **310**, **320**, **320***a*, **320***b* **330** for providing separable electrical connections therebetween.

As used herein, the term "about" means that dimensions, sizes, formulations, parameters, shapes and other quantities and characteristics are not and need not be exact, but may be approximate and/or larger or smaller, as desired, reflecting tolerances, conversion factors, rounding off, measurement error and the like, and other factors known to those of skill in the art. In general, a dimension, size, formulation, parameter, shape or other quantity or characteristic is "about" or "approximate" whether or not expressly stated to be such.

While the present invention has been described in terms of the foregoing example embodiments, variations within the scope and spirit of the present invention as defined by the claims following will be apparent to those skilled in the art. For example, while the clamping device is described in the examples herein as a clamp screw **56**, other clamping devices may be employed. One example is a lever having an offset lobe that pulls a rod attached to movable clamp member **54** through hole **44** tight as the lobed lever is engaged, and such lever may or may not threadingly engage a hole in movable member **54**. In addition, biasing spring **58** need not be a wave spring, but may be, e.g., a helical or other spring providing suitable bias, if desired.

Although keying members having a projecting keying feature are described for engaging mounting rails having a recessed keying feature, the keying member may have a recessed keying feature corresponding to a projecting keying feature of a mounting rail, or the keying member may have both recessed and projecting keying features corresponding to projecting and recessed keying features of a mounting rail. Similarly, keying member **62** may have a recess that fits onto a projection from light body **40** in place of the recess **42** in light body **40** that receives the body **63** of key member **62**.

Where a separate keying member **62** is not employed, clamping device **56** may be located in a position wherein it traverses the cavity **41** defined by fixed clamping member **52** and movable clamping member **54** for receiving a mounting rail, so that the shank or shaft of clamping device **56** may serve as a keying feature for engaging a transverse slot in a mounting rail.

Further, circuit structure **300**, **300′** may be a unitary circuit board or may be an assembly of two or more circuit boards, as may be convenient in a particular instance. In such cases, circuit portion **310** may be of a relatively rigid circuit board material and circuit portions **320**–**350** may be of a relatively flexible circuit board material. Alternatively, circuit structure **300**, **300′** may be an assembly of circuit boards and electrical ribbon cable.

Where circuit board **300** is a unitary circuit board made of a flexible or bendable electronic substrate material, circuit portion **310** thereof may be bonded to a rigid spacer that is, e.g., of the predetermined peripheral shape for positioning portion **310** relative to mounting surface **48** and reflector **28**.

Optionally, an insulating spacer, e.g. insulator **308**, may be interposed between one or more portions of circuit board **300**, **300′** and light body **40**, e.g., between circuit portion **310** and mounting surface **48** as shown in FIG. **8**, for electrically insulating the conductors on circuit structure **300**, **300′** from body **40** which may be of aluminum or other electrically conductive material, but which may be of nylon or plastic or other insulating material. Typically, insulator **308** is of the same general shape as circuit board portion **310** and mounting surface **48**, e.g., a "D" shape.

14

While the light and mount arrangement described herein is described in the context of a gun and a gun-mountable light, it is contemplated that the described mounting arrangement may also be utilized for mounting objects other than a light and/or for mounting objects other than to a gun or other firearm. As used herein, a gun may refer to any firearm, such as a handgun or pistol, a long gun or rifle, a shotgun, or another type of gun or weapon. In addition, the light and mounting arrangement described herein may be disposed on the top side of a weapon or other implement, or on the bottom thereof, or at either side thereof.

The term "light" is contemplated to encompass any device that produces or otherwise provides illumination of any type and from any source, whether a conventional incandescent or other lamp, a specialized lamp, a laser source, or a solid state light source such as an LED or a laser diode, irrespective of whether the power source includes one or more batteries within or without the light or a wire or cable connection to a fixed or portable power source wherever located.

Various screws herein, such as key screw **68**, housing screws **102**, aiming set screws **122**, **124**, are typically Allen head or Torx head screws, but may be Phillips head, flat-blade head or other types of screws, as desired. However, clamping screw **56** is preferably of a type that can be turned using one's fingers or a coin or some other readily available item without the need for a tool, although a tool may be used if desired. Clamping screw **56**, key screw **68**, or both, may be a screw, bolt, pin or other suitable fastener.

Further, cover **30** including switch **32** may be replaced by a cover and a remotely operable switch connected by wire or cable, as may be desirable for utilizing light **10** on a long gun, rifle or shotgun wherein light **10** is mounted to a mounting rail **200** proximal the muzzle end thereof and wherein the switch is disposed proximal the trigger or other operator hand position. Further, mounting rail **200** may be of any suitable arrangement, and may be provided by a weapon provider or by a third party for attachment to a weapon or implement and/or those provided as part of a weapon or implement, either as an integral part thereof or as an attachment thereto, as the case may be.

U.S. Provisional Patent Application No. 60/627,860 filed Nov. 15, 2004, entitled LIGHT MOUNTABLE ON A MOUNTING RAIL is hereby incorporated herein by reference in its entirety.

What is claimed is:

**1**. A mounting arrangement for a light mountable on a mounting rail comprising:

a light body including a light source, a source of electrical energy and a switch for selectively coupling the light source and the source of electrical energy in circuit for producing light;

a mounting arrangement on said light body for mounting said light body on a mounting rail, said mounting arrangement comprising:

a fixed clamp member on said light body;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member, and

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member to move toward said fixed clamp member and for moving said movable clamp member closer to and farther from said fixed clamp member,

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member.

US 7,188,978 B2

15

**2**. The mounting arrangement of claim **1** wherein said fixed clamp member comprises an elongated longitudinal member on said light body and wherein said movable clamp member comprises an elongated member disposed longitudinally adjacent said light body opposing said fixed clamp member and spaced apart therefrom.

**3**. The mounting arrangement of claim **1** wherein said fixed clamp member has a hole therethrough, and wherein said movable clamp member has a threaded hole therein substantially aligned with the hole through said fixed clamp member, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and having a threaded end engaging the threaded hole of said movable clamp member, and a biasing member between said fixed clamp member and an end of the shaft opposite the threaded end thereof for said biasing said clamping device.

**4**. The mounting arrangement of claim **1** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a biasing member coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**5**. The mounting arrangement of claim **1** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said light body has one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**6**. The mounting arrangement of claim **1** wherein said light body has a recess located on said light body between said fixed clamp member and said movable clamp member, further comprising:

a keying member removably disposed in the recess of said light body, said keying member having a keying feature that engages a keying feature of a mounting rail when the light body is clamped to the mounting rail by said fixed clamp member and said movable clamping member.

**7**. The mounting arrangement of claim **6** wherein said light is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

**8**. The mounting arrangement of claim **1** wherein said clamping device includes a screw or a pin having a head distal said movable clamp member and at the end of a shaft, wherein the shaft is disposed through said fixed clamp member and engages said movable clamp member.

**9**. The mounting arrangement of claim **8** wherein said clamping device includes a spring disposed between the head of said screw or pin and said fixed clamp member for said biasing said movable clamp member toward said fixed clamp member.

**10**. A mounting arrangement for mounting an object on a mounting rail, said mounting arrangement comprising:

a fixed clamp member on said object;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member, and

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member to move toward said fixed clamp member and for moving said movable clamp member closer to and farther from said fixed clamp member,

16

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member.

**11**. The mounting arrangement of claim **10** wherein said fixed clamp member comprises an elongated longitudinal member on said object and wherein said movable clamp member comprises an elongated member disposed longitudinally adjacent said object opposing said fixed clamp member and spaced apart therefrom.

**12**. The mounting arrangement of claim **10** wherein said fixed clamp member has a hole therethrough, and wherein said movable clamp member has a threaded hole therein substantially aligned with the hole through said fixed clamp member, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and having a threaded end engaging the threaded hole of said movable clamp member, and a biasing member between said fixed clamp member and an end of the shaft opposite the threaded end thereof for said biasing said clamping device.

**13**. The mounting arrangement of claim **10** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a biasing member coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**14**. The mounting arrangement of claim **10** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said object has one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**15**. The mounting arrangement of claim **10** wherein said object has a recess therein between said fixed clamp member and said movable clamp member, further comprising:

a keying member removably disposed in the recess of said object, said keying member having a keying feature that engages a keying feature of a mounting rail when the object is clamped to the mounting rail by said fixed clamp member and said movable clamping member.

**16**. The mounting arrangement of claim **15** wherein said object is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

**17**. The mounting arrangement of claim **10** wherein said clamping device includes a screw or a pin having a head distal said movable clamp member and at the end of a shaft, wherein the shaft is disposed through said fixed clamp member and engages said movable clamp member.

**18**. The mounting arrangement of claim **17** wherein said clamping device includes a spring disposed between the head of said screw or pin and said fixed clamp member for said biasing said movable clamp member toward said fixed clamp member.

**19**. The mounting arrangement of claim **10** wherein said object is a light comprising a light body containing a light source, a source of electrical energy and a switch for selectively coupling the light source and the source of electrical energy in circuit for producing light.

**20**. A mounting arrangement for a light mountable on a mounting rail comprising:

a light body containing a light source, a source of electrical energy and a switch for selectively coupling the light source and the source of electrical energy in circuit for producing light;

US 7,188,978 B2

17

a mounting arrangement on said light body for mounting said light body on a mounting rail in a snap-on, snap-off manner, said mounting arrangement comprising:

a fixed clamp member on said light body;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member; and

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member to move toward said fixed clamp member,

wherein said movable clamp member is movable away from said fixed clamp member under a force applied to said movable clamp member and is movable toward said fixed clamp member by the biasing of said clamping device,

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member in a snap-on, snap-off manner.

**21**. The mounting arrangement of claim **20** wherein said clamping device includes:

a head for receiving the force for moving said movable clamp member away from said fixed clamp member; or

a spring for biasing said movable clamp member toward said fixed clamp member; or

a head for receiving the force for moving said movable clamp member away from said fixed clamp member and a spring for biasing said movable clamp member toward said fixed clamp member.

**22**. The mounting arrangement of claim **20** wherein said clamping device includes a screw or a pin having a head distal said movable clamp member and at the end of a shaft, wherein the shaft is disposed through said fixed clamp member and engages said movable clamp member.

**23**. The mounting arrangement of claim **22** wherein said clamping device includes a spring disposed between the head of said screw or pin and said fixed clamp member for said biasing said movable clamp member toward said fixed clamp member.

**24**. The mounting arrangement of claim **20** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a biasing member coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**25**. The mounting arrangement of claim **20** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said light body has one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**26**. The mounting arrangement of claim **20** wherein said fixed clamp member comprises an elongated longitudinal clamp member on said light body and wherein said movable clamp member comprises an elongated clamp member disposed longitudinally adjacent said light body opposing said fixed clamp member and spaced apart therefrom.

**27**. The mounting arrangement of claim **26** wherein one or both of said fixed elongated longitudinal clamp member clamp member and said movable elongated longitudinal clamp member has an elongated longitudinal chamfered edge for facilitating the mounting in a snap-on, snap-off manner.

18

**28**. A mounting arrangement for mounting an object on a mounting rail in a snap-on, snap-off manner, said mounting arrangement comprising:

a fixed clamp member on said object;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member; and

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member to move toward said fixed clamp member,

wherein said movable clamp member is movable away from said fixed clamp member under a force applied to said movable clamp member and is movable toward said fixed clamp member by the biasing of said clamping device,

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member in a snap-on, snap-off manner.

**29**. The mounting arrangement of claim **28** wherein said clamping device includes:

a head for receiving the force for moving said movable clamp member away from said fixed clamp member; or

a spring for biasing said movable clamp member toward said fixed clamp member; or

a head for receiving the force for moving said movable clamp member away from said fixed clamp member and a spring for biasing said movable clamp member toward said fixed clamp member.

**30**. The mounting arrangement of claim **28** wherein said clamping device includes a screw or a pin having a head distal said movable clamp member and at the end of a shaft, wherein the shaft is disposed through said fixed clamp member and engages said movable clamp member.

**31**. The mounting arrangement of claim **30** wherein said clamping device includes a spring disposed between the head of said screw or pin and said fixed clamp member for said biasing said movable clamp member toward said fixed clamp member.

**32**. The mounting arrangement of claim **28** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a biasing member coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**33**. The mounting arrangement of claim **28** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said object has one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**34**. The mounting arrangement of claim **28** wherein said fixed clamp member comprises an elongated longitudinal clamp member on said object and wherein said movable clamp member comprises an elongated clamp member disposed longitudinally adjacent said object opposing said fixed clamp member and spaced apart therefrom.

**35**. The mounting arrangement of claim **34** wherein one or both of said fixed elongated longitudinal clamp member clamp member and said movable elongated longitudinal clamp member has an elongated longitudinal chamfered edge for facilitating the mounting in a snap-on, snap-off manner.

**36**. A mounting arrangement for a light mountable on a mounting rail comprising:

US 7,188,978 B2

19

20

a light body containing a light source, a source of electrical energy and a switch for selectively coupling the light source and the source of electrical energy in circuit for producing light;

a mounting arrangement on said light body for mounting said light body on a mounting rail having a keying feature, said mounting arrangement comprising:

first and second clamp members on said light body movable closer together for clamping a mounting rail and farther apart for releasing the mounting rail, whereby a mounting rail may be clamped between said first and second clamp members;

said light body having a recess located on said light body between said first and second clamp members; and

a keying member removably disposed in the recess of said light body, said keying member having a keying feature that engages the keying feature of the mounting rail when the light body is clamped to the mounting rail by said first and second clamping members.

37. The mounting arrangement of claim 36 wherein said light is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

38. The mounting arrangement of claim 36 wherein the recess of said light body is generally rectangular, and wherein said keying member has a key body that fits into the recess of said light body in a predetermined location and has a key feature on said key body.

39. The mounting arrangement of claim 38 wherein said key body is removably retained in the predetermined position in the recess of said light body by a fastener through said light body.

40. The mounting arrangement of claim 38 wherein said key feature includes a projection extending from said key body.

41. The mounting arrangement of claim 36 wherein said first clamp member comprises an elongated longitudinal clamp member fixed on said light body and wherein said second clamp member comprises a movable elongated clamp member disposed longitudinally and movably adjacent said light body opposing said fixed clamp member and spaced apart therefrom.

42. The mounting arrangement of claim 41 wherein one or both of said fixed elongated longitudinal clamp member clamp member and said movable elongated longitudinal clamp member has an elongated longitudinal chamfered edge for facilitating the mounting in a snap-on, snap-off manner.

43. A mounting arrangement for mounting an object on a mounting rail having a keying feature, said mounting arrangement comprising:

first and second clamp members on said object movable closer together for clamping a mounting rail and farther apart for releasing the mounting rail, whereby a mounting rail may be clamped between said first and second clamp members;

said object having a recess located on said object between said first and second clamp members; and

a keying member removably disposed in the recess of said object, said keying member having a keying feature that engages the keying feature of the mounting rail when the object is clamped to the mounting rail by said first and second clamping members.

44. The mounting arrangement of claim 43 wherein said object is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

45. The mounting arrangement of claim 43 wherein the recess of said object is generally rectangular, and wherein said keying member has a key body that fits into the recess of said object in a predetermined location and has a key feature on said key body.

46. The mounting arrangement of claim 45 wherein said key body is removably retained in the predetermined position in the recess of said light body by a fastener through said object.

47. The mounting arrangement of claim 45 wherein said key feature includes a projection extending from said key body.

48. The mounting arrangement of claim 43 wherein said first clamp member comprises an elongated longitudinal clamp member fixed on said object and wherein said second clamp member comprises a movable elongated clamp member disposed longitudinally and movably adjacent said object opposing said fixed clamp member and spaced apart therefrom.

49. The mounting arrangement of claim 48 wherein one or both of said fixed elongated longitudinal clamp member clamp member and said movable elongated longitudinal clamp member has an elongated longitudinal chamfered edge for facilitating the mounting in a snap-on, snap-off manner.

50. A mounting arrangement for a light mountable on a mounting rail comprising:

a light body containing a light source, a source of electrical energy and a switch for selectively coupling the light source and the source of electrical energy in circuit for producing light;

a mounting arrangement on said light body for mounting said light body on a mounting rail having a keying feature, said mounting arrangement comprising:

a fixed clamp member on said light body;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member;

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member toward said fixed clamp member and for moving said movable clamp member closer to and farther from said fixed clamp member,

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member;

said light body having a recess located on said light body between said fixed clamp member and said movable clamp member; and

a keying member removably disposed in the recess of said light body, said keying member having a keying feature that engages the keying feature of the mounting rail when the light body is clamped to the mounting rail by said fixed and movable clamping members.

51. The mounting arrangement of claim 50 wherein said fixed clamp member comprises an elongated longitudinal member on said light body and wherein said movable clamp member comprises an elongated member disposed longitu-

US 7,188,978 B2

**21**

dinally adjacent said light body opposing said fixed clamp member and spaced apart therefrom.

**52**. The mounting arrangement of claim **50** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a spring coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**53**. The mounting arrangement of claim **50** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said light body has one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**54**. The mounting arrangement of claim **50** wherein said light is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

**55**. A mounting arrangement for mounting an object on a mounting rail having a keying feature, said mounting arrangement comprising:

a fixed clamp member on said object;

a movable clamp member opposing said fixed clamp member and movable closer to and farther from said fixed clamp member;

a clamping device coupling said movable clamp member and said fixed clamp member for biasing said movable clamp member toward said fixed clamp member and for moving said movable clamp member closer to and farther from said fixed clamp member,

whereby a mounting rail may be clamped between said fixed clamp member and said movable clamp member;

**22**

said object having a recess located on said object between said fixed clamp member and said movable clamp member; and

a keying member removably disposed in the recess of said object, said keying member having a keying feature that engages the keying feature of the mounting rail when the object is clamped to the mounting rail by said fixed and movable clamping members.

**56**. The mounting arrangement of claim **55** wherein said fixed clamp member comprises an elongated longitudinal member on said object and wherein said movable clamp member comprises an elongated member disposed longitudinally adjacent said object opposing said fixed clamp member and spaced apart therefrom.

**57**. The mounting arrangement of claim **55** wherein said fixed clamp member has a hole therethrough, said clamping device comprising a shaft disposed in the hole through said fixed clamp member and engaging said movable clamp member, and a spring coupled between said fixed clamp member and said shaft for said biasing said clamping device.

**58**. The mounting arrangement of claim **55** wherein said movable clamp member has one or more posts extending therefrom in a direction toward said fixed clamp member, wherein said object one or more holes aligned for receiving the posts of said movable clamp member when the movable clamp member is moved toward said fixed clamp member.

**59**. The mounting arrangement of claim **55** wherein said object is mountable on mounting rails having keying features of different sizes and shapes, and wherein said keying member is selected from a set of keying members for having a keying feature of a size and shape that corresponds to the size and shape of the keying feature of the mounting rail.

\*  \*  \*  \*  \*